1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4822
8       E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-cv-01314-AC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from August 25 to September 24, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel will be on medical leave from August 20 to 22.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 24, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before October 8, 2025).

Respectfully submitted,

DATE: August 15, 2025

*/s/ John David Metsker* *
JOHN DAVID METSKER
Attorney for Plaintiff
(* approved via email on 8/14/25)

ERIC GRANT
United States Attorney

DATE: August 15, 2025   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2